WHITE CONSTRUCTION COMPANY, Appellant, vs. CITY OF WEST ALLIS, Respondent.

*December 12, 1925—January 12, 1926.*

This case is ruled by *White Construction Co. v. Beloit, ante,* p. 5.

APPEAL from an order of the circuit court for Milwaukee county: WALTER SCHINZ, Circuit Judge. *Affirmed.*

Action to recover under a contract with the defendant city for repair work done on defendant's streets. The com-

plaint alleged that the contract was defectively executed and was not in compliance with the provisions of sec. 62.15, Stats. 1921, but alleged the passage of ch. 332, Laws of 1923, and claimed that the contract was thereby validated. The trial court sustained the defendant's demurrer to the complaint, and the plaintiff appealed.

For the appellant there was a brief by *Olwell & Brady* and *George A. Gessner,* attorneys, and *George A. Gessner,* of counsel, all of Milwaukee, and oral argument by *Lawrence A. Olwell.*

For the respondent there was a brief by *George M. Hanley,* city attorney, and *Joseph E. Tierney* of Milwaukee, of counsel, and oral argument by *Mr. Tierney.*

VINJE, C. J.    This case is ruled by the case of *White Construction Co. v. Beloit, ante,* p. 5, 206 N. W. 908.

*By the Court.*—Order affirmed.